Darrell W. Cook
Texas State Bar No. 00787279
The Law Offices of Darrell W. Cook
One Meadows Building
6700 N. Central Expressway
Dallas, Texas 75206
Tel. 214-368-4686
Fax 214-363-9979

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 7 2004
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Attorneys for Ali Mackie, Najat Mackie, Freetown Mini Mart, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BOLLORE, S.A., ET AL., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:99CV01196-R |
| | § | |
| IMPORT WAREHOUSE INC., ET. AL., | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Ali Mackie, Defendant, Najat Mackie and Freetown Mini Mart, Inc., "Co-Judgment Debtors" in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the following final orders entered in this case on November 18, 2004:

    a.    Order Denying Non-Parties Najat Mackie and Freetown Mini Mart, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction and Denying Motion to Quash Subpoena of Ali Mackie and Najat Mackie;

    b.    Order Appointing Paul Steinberg as receiver of Ali Mackie, Najat Mackie and Freetown Mini Mart, Inc. (and further orders entered therein); and

c.  Order Granting Turnover Against Ali Mackie, Najat Mackie and Freetown Mini Mart, Inc. (and further orders entered therein).

_____
Darrell W. Cook
Attorney for Ali Mackie, Najat Mackie and
Freetown Mini Mart, Inc.
The Law Offices of Darrell W. Cook
One Meadows Building
6700 North Central Expressway
Dallas, TX 75206

## CERTIFICATE OF SERVICE

Counsel for movant hereby certifies that they have served the above and foregoing upon all counsel of record herein on the 7th day of December 2004 in accordance with the Federal Rules of Civil Procedure.

_____
DARRELL W. COOK

**United States District Court**
**Northern District of Texas**
**Office of the Clerk**

*1100 Commerce Room 14A20*
*Dallas, Texas 75242-1003*

December 8, 2004

Mr. Charles R. Fulbruge III, Clerk
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102
New Orleans, LA  70130

SUBJECT: 3:99cv1196-R; Bolare etal. v. Import Warehouse etal.

Dear Mr. Fulbruge:

In connection with the appeal cited above, the following documents are transmitted:

| | |
|---|---|
| _X_ | Certified copy of the notice of appeal and docket entries |
| ___ | Certified copy of the notice of cross-appeal and docket entries |
| ___ | Record on appeal consisting of volume(s) of the record: |
| ___ | Volume(s) of the transcript      ___ Volume(s) of depositions. |
| ___ | Container(s) of exhibits         ___ Folder(s) of State Court Papers |
| ___ | Sealed documents                 ___ Audio Visual Tapes |

ORIGINAL DOCUMENT(S) ENCLOSED--RETURN TO DISTRICT COURT
___ Supplemental record, including updated docket entries
___ Other:

In regard to the notice of appeal, the following additional information is furnished:

| | |
|---|---|
| _X_ | The Court of Appeals docket fee has been paid |
| ___ | This case is proceeding *in forma pauperis* |
| ___ | Although the Court of Appeals docket fee was not paid at the time the notice of appeal was filed, it was paid on: |
| ___ | This case proceeded pursuant to 28 U.S.C. §1915 of the Prison Litigation Reform Act. |
| _X_ | The presiding Judge is:  Judge Buchmeyer |
| _X_ | The court reporter assigned to this case is:  Joe Belton, Janet Wright, Charyse Crawford, |
| ___ | This case was decided without a hearing, therefore there will be no transcript |
| ___ | UPS Tracking #: |

Sincerely,
KAREN MITCHELL
*Clerk of Court*

By: _____
J. Ross
*Deputy Clerk*

Received By: _____
cc:   Attorneys of record